IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOE R. JENKINS | : CIVIL ACTION |
| | : |
| v. | : NO. 19-2401 |
| | : |
| GEO CORPORATION, ET AL. | : |
| | : |

**O R D E R**

**AND NOW,** this **28th** day of May, 2020, it is hereby **ORDERED** that**:**

1. The Defendant's Motion to Dismiss [Doc. 18] is **DENIED**.

2. The Plaintiff's Motion to Compel Discovery [Doc. 19] is **GRANTED**.

3. The Clerk is **DIRECTED** to upload this case to the extranet for referral to the Court's Prisoner Civil Rights Attorney Panel.

                                                    **BY THE COURT:**

                                                    **/s/ Jeffrey L. Schmehl**
                                                    JEFFREY L. SCHMEHL, J